IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| CRUZ PADILLA, | } | |
| Plaintiff, | } | |
| vs. | } | No._____ |
| ALBUQUERQUE BERNALILLO COUNTY WATER UTILITY AUTHORITY, | } | JURY DEMANDED |
| Defendant. | } | |

**COMPLAINT FOR DISCRIMINATION**

**COMES NOW** the Plaintiff, Cruz Padilla, by and through his attorneys of record, Gilpin Law Firm, LLC (Donald G. Gilpin and Kenneth C. Detro), and alleges and states:

**JURISDICTION AND VENUE**

This action is brought by Plaintiff to remedy retaliation for whistleblowing and for discrimination on the basis of age and race in the terms, conditions, and privileges of employment in violation of the Civil Rights Act of 1964 as amended 42 U.S.C. §2000e, (Title VII). Further Plaintiff seeks damages and other appropriate legal relief.

1. Plaintiff is a resident of Bernalillo County, New Mexico.

2. Defendant Albuquerque, Bernalillo County Water Authority (ABCWUA) is a state entity with the capacity to be sued, and an employer within the meaning of Title VII.

3. Venue is proper because all unlawful practices complained of herein occurred within the District of New Mexico.

4. This Court has jurisdiction over the subject matter and the parties.

5. Venue is proper because Plaintiff is a resident of Bernalillo County, New Mexico.

1

6. Plaintiff filed timely EEO and EEOC proceedings and received his appeal rights.

## ALLEGATIONS

7. Plaintiff was an electrician for the ABCWUA.

8. Plaintiff was caught up in state law violations.

9. Plaintiff engaged in whistleblowing by reporting to a state agency.

10. Plaintiff experienced several baseless accusations at work resulting in suspensions.

11. Plaintiff found himself in a strange altercation at a city golf course.

12. Plaintiff was then fired from the ABCWUA.

13. As a result of Defendant's actions, Plaintiff has suffered harm in the form of lost wages and benefits.

14. As a result of Defendant's actions, Plaintiff has suffered harm in the form of emotional distress and incurred costs.

## COUNT I. WHISTLE BLOWER

15. Plaintiff was witness to electrical operations by his employer conducted on a license that did not allow such operations.

16. Plaintiff witnessed multiple instances of license fraud at the behest of Defendant by fellow employees who lacked the experiential hours required for licensure.

17. Plaintiff made reports of these illegal to the state licensing board.

18. Upon information and belief, as a direct result of and in retaliation for his whistleblower activities, Plaintiff was written up several times for baseless infractions such as stealing his own tools, sleeping on the job during break and more.

19. Upon information and belief, Plaintiff was as a direct result of and in retaliation for his whistleblower activities, subjected to suspension for 5-6 months as a direct

result of those write ups.

20. Plaintiff has suffered and will continue to suffer irreparable injury and monetary damages as a result of retaliation for his whistleblower admission.

## COUNT II. AGE AND RACE DISCRIMINATION

21. Plaintiff has suffered age and race discrimination in the treatment he experienced directly from Defendant.

22. At an altercation at a city golf course in an Albuquerque city golf course, the owner of the pro shop, assuming Plaintiff had stolen a golf cart, verbally attacked Plaintiff because of his race. Plaintiff, returning to work the next day, was terminated for, among other things, the incident at the golf course.

23. Plaintiff has suffered and still now continues to suffer irreparable injury and monetary damages as a result of age and race discrimination in conjunction with retaliation for his whistleblower admission.

24. As a result of Defendant's negligent conduct, Plaintiff has incurred costs in bringing this action.

## JURY DEMAND

25. Plaintiff requests a trial by jury.

**WHEREFORE,** Plaintiff respectfully requests that this Court:

A. Award him compensatory damages as determined at trial, including the costs of this litigation, pre judgement interest, post judgement interest; and Award him such further relief the Court deems just and equitable.

Respectfully submitted,

GILPIN LAW FIRM, LLC


***/s/ Donald G. Gilpin***
Donald G. Gilpin
Kenneth C. Detro
6757 Academy Road NE
Ste. B
Albuquerque, NM 87109
Phone: 505-244-3861
Fax: 505-254-0044
*Attorneys for Plaintiff*